UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ORLANDO RODRIGUEZ PEREZ, | ) | CASE NO. 14-65666-MHM |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION OF PLAN & MOTION TO DISMISS CASE
PURSUANT TO 11 U.S.C. SECTION 109(g)(1)**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and Objects to Confirmation of the Plan and files this Motion to Dismiss Case under 11 U.S.C. Sections 1307(c), 109(g), 349(a), and 105(a), for cause, including the following reasons:

1. The Debtor has failed to maintain payments into this case as required by 11 U.S.C. Section 1326.

2. As unsecured creditors will receive less than in a Chapter 7 liquidation, the Plan does not conform to 11 U.S.C. Section 1325(a)(4).

3. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

4. Monroe County (Ridgefield Drive) filed a secured and/or priority proof of claim; however, the Plan fails to provide treatment for said claim, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

5. The Debtor's Plan and Schedules fail to fully disclose information regarding the individual Domestic Support Obligation holder. The Debtor must provide the Chapter 13 Trustee with the name, address and telephone number for said individual. 11 U.S.C. Section 1302(d)(1)(A)(ii).

6. The Trustee requests proof that Debtor's direct post-petition real estate tax payments remain current. 11 U.S.C. Section 1325(a)(6).

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7. For each and every parcel of real estate listed on Schedule A, Trustee requests proof of fair market value, proof of the debt balance and documentation showing the annual tax expense, and the date all taxes are due.

8. The budget fails to account for the ongoing real estate tax expense for Debtor's real property. Debtor should amend the budget and provide proof of tax escrow.

9. The Plan assumes the residential lease with Erich Kraemer, but pursuant to Debtor's testimony, Debtor will amend the Plan to reject the lease. The Plan fails to address any administrative claim creditor may have for post-petition rent.

10. Debtor owns several parcels of land that do not produce income, but the ongoing tax liability imposes a burden on the estate. Debtor proposes a composition Plan. This may indicate a lack of good faith. 11 U.S.C. Section 1325(a)(3).

11. Debtor has filed three (3) previous unsuccessful Chapter 13 Cases, being Case Number 07-70546 filed May 2, 2007 and dismissed after confirmation February 19, 2009; Case Number 11-02087 filed March 17, 2011 and dismissed prior to confirmation November 18, 2011 because Debtor defaulted in payments to the Trustee and Case Number 12-00251 filed January 12, 2012 and dismissed September 6, 2012 because Debtor defaulted in payments to the Trustee. Based on the foregoing, the Chapter 13 Trustee respectfully moves the Court to dismiss the instant case with prejudice; thereby, rendering the Debtor ineligible for relief under Title 11 for one hundred eighty (180) days, pursuant to 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), 105(a), 109(g) and 349(a).

WHEREFORE, the Trustee moves the Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation Hearing, deny Confirmation of the Debtor's Chapter 13 Plan and Dismiss the Case pursuant to 11 U.S.C. Sections 105(a) and 109(g); thereby, rendering the Debtor ineligible from re-filing another Chapter 13 Case for one hundred eighty (180) days.

/s/Mandy K. Campbell
Mandy K. Campbell
GA Bar No. 142676
Attorney for Standing Chapter 13 Trustee

Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| ORLANDO RODRIGUEZ PEREZ, ) | CASE NO. 14-65666-MHM |
| ) | |
| ) | |
| DEBTOR. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

    ORLANDO RODRIGUEZ PEREZ
    482 WALTHAM LANE
    BUFORD, GA 30518

ATTORNEY FOR DEBTOR:

    THE CARSON FIRM LLC
    1755 THE EXCHANGE S.E.
    SUITE 310
    ATLANTA, GA 30339

the above in the foregoing matter with a copy of this Objection to Confirmation of Plan and Motion to Dismiss Case by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 7th day of October 2014.


/s/Mandy K. Campbell
Mandy K. Campbell
GA Bar No. 142676
Attorney for Standing Chapter 13 Trustee



Adam M. Goodman
Standing Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444