LOCAL FORM 5005-7(c)(3)(B)

In re  **Orlando Rodriguez Perez**                                Case No.  **14-65666**
Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☐ the original of or     ☒ the amendment to Schedules E, I and J

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☐ Schedule F |
| ☐ List of all Creditors | ☐ Schedule G |
| ☐ *List of 20 largest creditors | ☐ Schedule H |
| ☐ Schedule A | ☒ Schedule I |
| ☐ Schedule B | ☒ Schedule J |
| ☐ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐ *Statement of Financial Affairs |
| ☒ Schedule E | ☒ *Summary of Schedules and Statistical Summary |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date  **October 21, 2014**                    Signature    /s/ Orlando Rodriguez Perez
                                                            **Orlando Rodriguez Perez**
                                                            Debtor

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date:  **October 21, 2014**                    /s/ Nicole Carson
                                                Signature of Attorney
                                                **Nicole Carson  722305**

B6E (Official Form 6E) (4/13)

.

In re  **Orlando Rodriguez Perez**                                                           ,   Case No.  **14-65666**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Orlando Rodriguez Perez**                              , Case No. **14-65666**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Domestic Support Obligations**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **7195**<br><br>**Child Support Enforcement**<br>**P.O Box 70376**<br>**San Juan, PR 00936** | | - | **Domestic Support Obligation** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Francisco Radinson Perez**<br>**1146 Avenida Americo Miranda**<br>**URB Caparra Terrace**<br>**San Juan, PR 00921** | | - | **Notice Only**<br>**Atty for Indira Radinson-Carraballo,**<br>**Domestic Support Recipient** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Indira Radinson-Caraballo**<br>**c/o Child Support Enforcement**<br>**P.O Box 70376**<br>**San Juan, PR 00936** | | - | **Domestic Support Obligation**<br>**Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **7195**<br><br>**Massachusetts Dept of Rev**<br>**Child Support Enf Division**<br>**P.O. Box 7057**<br>**Boston, MA 02204** | | - | **Domestic Support Obligation** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  0.00    0.00    0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Orlando Rodriguez Perez**, Case No. **14-65666**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**GA Department of Revenue**<br>**P.O. Box 161108**<br>**Atlanta, GA 30321** | | - | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | - | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 | 0.00 | 0.00

Total 0.00 | 0.00 | 0.00
(Report on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Orlando Rodriguez Perez |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 14-65666 |

Check if this is:

■ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | Supervisor | |
| Employer's name | Panera Bread | |
| Employer's address | 3630 S Geyer Road<br>Saint Louis, MO 63127 | |
| How long employed there? | 1 Year | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 5,258.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 5,258.00 | $ 0.00 |

Official Form B 6I                                         Schedule I: Your Income                                         page 1

| Debtor 1 | Orlando Rodriguez Perez | Case number (*if known*) | 14-65666 |
|---|---|---|---|

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 5,258.00 | $ 0.00 |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 482.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 1,018.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 450.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ $ | 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 1,950.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 3,308.00 | $ 0.00 |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 3,308.00 + $ 0.00 = | $ 3,308.00 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. +$ |  | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. $ |  | 3,308.00 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Official Form B 6I                                   Schedule I: Your Income                                   page 2

**Fill in this information to identify your case:**

Debtor 1: **Orlando Rodriguez Perez**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (If known): **14-65666**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date:
  MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☐ No
   
   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 8 | ☐ No  ■ Yes |
   | Son | 10 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **900.00**

   If not included in line 4:
   - 4a. Real estate taxes    4a. $ **0.00**
   - 4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**
   - 4c. Home maintenance, repair, and upkeep expenses    4c. $ **0.00**
   - 4d. Homeowner's association or condominium dues    4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Official Form B 6J    Schedule J: Your Expenses    page 1

| Debtor 1 | **Orlando Rodriguez Perez** | Case number (if known) | **14-65666** |
|---|---|---|---|

6. **Utilities:**
    - 6a. Electricity, heat, natural gas — 6a. $ **244.00**
    - 6b. Water, sewer, garbage collection — 6b. $ **39.00**
    - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **140.00**
    - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **400.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **50.00**
10. **Personal care products and services** — 10. $ **105.00**
11. **Medical and dental expenses** — 11. $ **50.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ **200.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **90.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **Property Taxes & Civic Assoc. Taxes** — 16. $ **415.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.**
    Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**
22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses. — 22. $ **2,633.00**
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,308.00**
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ **2,633.00**
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*. — 23c. $ **675.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.
    Explain:

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Orlando Rodriguez Perez**,
Debtor

Case No.   **14-65666**

Chapter   **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 39,230.00 | | |
| B - Personal Property | Yes | 3 | 15,637.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 27,134.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 36,157.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,308.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,633.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | | Total Assets | 54,867.00 | | |
| | | | Total Liabilities | 63,291.00 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Orlando Rodriguez Perez**, Debtor

Case No. **14-65666**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,308.00 |
| Average Expenses (from Schedule J, Line 22) | 2,633.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,263.49 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,903.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 36,157.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 40,060.00 |

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Orlando Rodriguez Perez**                                    Case No.  **14-65666**
                              Debtor(s)                               Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **the Amendment to Schedules E, I and J** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Orlando Rodriguez Perez
P.O. Box 3807
Suwanee, GA 30024

James P. Blum, Jr.
Beloin, Brown, Blum & Baer, LLC
Suite 200, 2550 Heritage Court
Atlanta, GA 30339

Monroe County Tax Claim Bureau
Melinda S. Knitter
Room 104, 1 Quaker Plaza
Stroudsburg, PA 18360

Adam M. Goodman, 13 Trustee
Suite 200, 260 Peachtree Street
Atlanta, GA 30303

Advanced Disposal
8880 Old Federal Road
Ball Ground, GA 30107

Advanced ENT
P.O. Box 95000-5585
Philadelphia, PA 19195

Advocare Burlington CO OBGYN
P.O. Box 3001
Voorhees, NJ 08043

American InfoSource LP as agent for
Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

American Medical Collection
4 Westchester Plaza, Bldg 4
Elmsford, NY 10523

Anesthesia Assoc of Morristown
P.O. Box 7319
Bedminster, NJ 07921

ARM Solutions, Inc.
P.O. Box 2929
Camarillo, CA 93011

Armed Forces Bank
P.O. Box 26458
Kansas City, MO 64196

Arnoldharris
111 West Jackson B
Chicago, IL 60604

Associated Receivable
Contract Callers I
Augusta, GA 30901

ASUME
Indira Radinson Caraballo
P.O. Box 71316
San Juan, PR 00936-8416

Atlantic Health System
Morristown Medical Center
P.O. Box 35610
Newark, NJ 07193

Box Elder County Tax Comm.
01 S Main
Brigham City, UT 84302

Burlington County Eye
225 Sunset Road
Willingboro, NJ 08046

Carrington Mortgage Se
1610 E Saint Andrew Place
Sutie B150
Santa Ana, CA 92705

CBCS
P.O. Box 163006
Columbus, OH 43216

Centerpoint
Attn:Bankruptcy Dept
P.O. Box 1700
Houston, TX 77251

Child Support Enforcement
P.O. Box 70376
San Juan, PR 00936

Coml Accept
2 W. Main St
Shiremanstown, PA 17011

Coolbaugh Municipal Center
5550 Municipal Drive
Tobyhanna, PA 18466

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Dekalb Medical
Attn: Bankruptcy
2701 North Decatur Road
Decatur, GA 30033

Delaware Valley Urology, LLC
2003B Lincoln Drive West
Marlton, NJ 08053

Dental Health Assoc., PA
C. Lisman DMD - Administrator
1636 Route 38, Suite 21
Lumberton, NJ 08048

Department of Veterans Affairs
Bishop Henry Whipple Fed Bldg
P.O. Box 11930
Saint Paul, MN 55111

Dfas-cl Indianapolis
Attn: Dept 3300
8899 E 56 St
Indianapolis, IN 46249

Dofner Family Medicine
811 Sunset, Suite 101
Burlington, NJ 08016

Durham & Durham Attorneys
5665 New Northside Drive
Atlanta, GA 30328

Emrg Phy Assoc of S. Jersey PC
Akron Billing Center
3585 Ridge Park Dr
Akron, OH 44333

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Erich R. Kraemer
1894 Oakdale Lane
Clearwater, FL 33764

Fst Premier
601 S Minnesota Ave
Sioux Falls, SD 57104

GA Department of Revenue
P.O. Box 161108
Atlanta, GA 30321

General Revenue Corp.
4660 Duke Drive, Suite 300
Mason, OH 45040

Georgia Eye Physicians & Surg
P.O. Box 2698
Woodstock, GA 30188

Gergia Revenue Corp.
11501 Northlake Drive
Cincinnati, OH 45249

H&r Accounts
7017 John Deere Pkwy
Moline, IL 61265

Harris & Harris, Ltd.
111 West Jackson Blvd, Ste 400
Chicago, IL 60604

HRRG
P.O. Box 189053
Plantation, FL 33318

Interamerican Univ of PR
Suite 315, 50 Mu oz Rivera Avenue
San Juan, PR 00918

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

LabCorp
P.O. Box 2240
Burlington, NC 27216-2240

Larchmont Medical Imaging
1295 Route 38 West
Hainesport, NJ 08036

LCA Collections
P.O. Box 81024
Conyers, GA 30013

Massachusetts Dept of Rev
Child Support Enf Division
P.O. Box 7057
Boston, MA 02204

Members 1st FCU
5000 Louise Drive
P.O. Box 40
Mechanicsburg, PA 17055

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

Monroe County Tax Collector
P.O. Box E
Pocono Pines, PA 18350

Morristown Medical Center
P.O. Box 35610
Newark, NJ 07193

Natl Recover
2491 Paxton St
Harrisburg, PA 17111

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Nco Fin/55
P.O. Box 13570
Philadelphia, PA 19101

New Jersey American Water
Box 371476
Pittsburgh, PA 15250

Obesity Treatment Centers
200 South Orange Avenue
Suite 203
Livingston, NJ 07039

Paragon Revenue Group
216 Lee Phillip Court
Concord, NC 28025

PaymentsMD
P.O. Box 3475
Toledo, OH 43607

PennCredit
916 S 14th Street
P.O. Box 988
Harrisburg, PA 17108

Pocono Springs Civic Assoc.
331 S. Turnpike Road
Newfoundland, PA 18445

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104

Prof Choice
145 N 46th St
Lincoln, NE 68503

PSE&G
P.O. Box 14444
New Brunswick, NJ 08906

Quest Diagnostics
P.O. Box 740777
Cincinnati, OH 45274

Francisco Radinson Perez
1146 ave Americo Miranda
URB Caparra Terrace
San Juan, PR 00921-2213

Rec Mgm Sys
7206 Hull Street Rd Ste
North Chesterfield, VA 23235

Southwest Credit Syste
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Suwanee Dental Care
4355 Suwanee Dam Road
Suwanee, GA 30024

The Childrens Hospital of Phil
Lock Box 8017
P.O. Box 8500
Philadelphia, PA 19178

Tiffin University
155 Miami Street
Tiffin, OH 44883

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Verizon
Ste 550, 500 Technology Dr
Weldon Spring, MO 63304

Wayne County Tax Claim Bureau
Wayne County Courthouse
925 Court Street
Honesdale, PA 18431

Wayne State College
1111 Main Street
Wayne, NE 68787

York Wast Disposal
3730 Sandhurst Drive
York, PA 17406

 **Dated this the 21st day of October, 2014**

/s/ Nicole Carson
**Nicole Carson 722305
The Carson Firm, LLC
1755 The Exchange SE
Suite 310
Atlanta, GA 30339
404-782-2347Fax:678-288-7866
carson.bankruptcy@gmail.com**

```
Francisco Radinson Perez
1146 Avenida Americo Miranda
URB Caparra Terrace
San Juan, PR 00921
```