UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ORLANDO RODRIGUEZ PEREZ,** | ) | CASE NO. **14-65666**-MHM |
| | ) | |
| DEBTOR. | ) | |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

1. Indira Radinson-Caraballo filed a priority proof of claim; however, the Plan fails to provide treatment for said claim, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

2. The Chapter 13 petition and schedules fail to disclose Debtor's interest in Lot 20 at 5435 Ridgefield Drive, Tobyhana, PA, in violation of 11 U.S.C. Section 521.

3. The schedules provide that Box Elder County Tax Commissioner has five (5) secured or priority claims, however, the Chapter 13 Plan fails to provide for said creditor, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the _27_ day of _October_, 2014.

_____
for Mandy K. Campbell
GA Bar No. 142676
for the Chapter 13 Trustee

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ORLANDO RODRIGUEZ PEREZ | ) | CASE NO.: 14-65666-MHM |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

14-65666-MHM                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

ORLANDO RODRIGUEZ PEREZ
P.O. BOX 3807
SUWANEE, GA  30024

DEBTOR(S) ATTORNEY:

THE CARSON FIRM LLC
1755 THE EXCHANGE S.E.
SUITE 310
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

October 14, 2014

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450