LOCAL FORM 5005-7(c)(3)(B)

In re **Orlando Rodriguez Perez**                                             Case No. **14-65666**
Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☐ the original of or          ☒ the amendment to Schedules A and D

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☐ Schedule F |
| ☐ List of all Creditors | ☐ Schedule G |
| ☐ *List of 20 largest creditors | ☐ Schedule H |
| ☒ Schedule A | ☐ Schedule I |
| ☐ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☒ Schedule D | ☐ *Statement of Financial Affairs |
| ☐ Schedule E | ☒ *Summary of Schedules and Statistical Summary |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date **October 28, 2014**                     Signature  /s/ Orlando Rodriguez Perez
                                                                    **Orlando Rodriguez Perez**
                                                                    Debtor

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date: **October 28, 2014**                    /s/ Nicole Carson
                                                         Signature of Attorney
                                                         **Nicole Carson  722305**

B6A (Official Form 6A) (12/07)

.

In re  **Orlando Rodriguez Perez**,                                       Case No. __**14-65666**__
                             Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lot #39 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 051689** | | - | **5,900.00** | **1,402.00** |
| **Lot #28 Cherrywood Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 031061**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez and Mr. Sergio Rodriguez** | | J | **5,900.00** | **1,402.00** |
| **Lot #54 Deerfield Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.39**<br>**Control #: 030843**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez and Mr. Sergio Rodriguez** | | J | **7,100.00** | **1,506.00** |
| **Lot #41 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 030930** | | - | **5,900.00** | **1,402.00** |
| **Lot #8 Stillwater Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.49**<br>**Control #: 016548**<br>**Debtor has 1/2 interest in property. Other owner is Mrs. Daisy N. Rodriquez.** | | J | **7,800.00** | **Unknown** |
| **Lot on Kevl Road, Tobyhanna Township, Monroe County, PA**<br>**Acreage: 0.34**<br>**Parcel #: 19/7/1/11-5**<br>**Debtor has 1/2 interest in property. Other owner is Mrs. Daisy N. Rodriquez.** | | J | **3,380.00** | **5,214.00** |
| | | Sub-Total > | **35,980.00** | (Total of this page) |

__**1**__  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Orlando Rodriguez Perez**,     Case No. **14-65666**
                               Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **LOT 17 BLK 1912 SEC 19, Winebago Drive, Tobyhanna, PA**<br>**Acreage: 0.33**<br>**Parcel #: 03/19C/1/122**<br>**Debtor has 1/2 interest in property.  Other owner is Daisy N. Rodriquez.** | | J | 2,250.00 | 3,661.00 |
| **LOT H SEC 9, Oak View Lane, Tobyhanna, PA**<br>**Acreage: 0.45**<br>**Parcel #: 03/8A/1/139** | | - | 1,000.00 | 1,658.00 |

                                                  Sub-Total >     **3,250.00**     (Total of this page)

Sheet **1** of **1** continuation sheets attached to the Schedule of Real Property

                                                  Total >     **39,230.00**

                                  (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Orlando Rodriguez Perez**                                        , Case No. __**14-65666**__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x/xxx/1/122** <br><br>**Coolbaugh Municipal Center**<br>**5550 Municipal Drive**<br>**Tobyhanna, PA 18466** | | - | **2007-2013**<br>**Property Taxes**<br>**LOT 17 BLK 1912 SEC 19, Winebago Drive, Tobyhanna, PA**<br>**Acreage: 0.33**<br>**Parcel #: 03/19C/1/122**<br>**Debtor has 1/2 interest in property.**<br>**Other owner is Daisy N. Rodriquez.** | | | | | |
| | | | Value $    **2,250.00** | | | | **3,661.00** | **1,411.00** |
| Account No. **x/xx/1/139** <br><br>**Coolbaugh Municipal Center**<br>**5550 Municipal Drive**<br>**Tobyhanna, PA 18466** | | - | **2007-2013**<br>**Property Taxes**<br>**LOT H SEC 9, Oak View Lane, Tobyhanna, PA**<br>**Acreage: 0.45**<br>**Parcel #: 03/8A/1/139** | | | | | |
| | | | Value $    **1,000.00** | | | | **1,658.00** | **658.00** |
| Account No. **xx/x/1/11-5** <br><br>**Monroe County Tax Collector**<br>**P.O. Box E**<br>**Pocono Pines, PA 18350** | | - | **2007-2013**<br>**Property Taxes**<br>**Lot on Kevl Road, Tobyhanna Township, Monroe County, PA**<br>**Acreage: 0.34**<br>**Parcel #: 19/7/1/11-5**<br>**Debtor has 1/2 interest in property.**<br>**Other owner is Mrs. Daisy N. Rodriquez.** | | | | | |
| | | | Value $    **3,380.00** | | | | **5,214.00** | **1,834.00** |
| Account No. **26-06-017** <br><br>**Pocono Springs Civic Assoc.**<br>**331 S. Turnpike Road**<br>**Newfoundland, PA 18445** | | - | **Homeowner's Association**<br><br>**Lot #39 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 051689** | | | | | |
| | | | Value $    **5,900.00** | | | | **296.00** | **0.00** |
| __**2**__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **10,829.00** | **3,903.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Orlando Rodriguez Perez**,  Case No. __**14-65666**__
                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **26-08-142**<br><br>**Pocono Springs Civic Assoc.**<br>**331 S. Turnpike Road**<br>**Newfoundland, PA 18445** | - | | **Homeowner's Association**<br>**Lot #28 Cherrywood Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 031061**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez and Mr. Sergio Rodriguez**<br><br>Value $ **5,900.00** | | | | **296.00** | **0.00** |
| Account No. **26-05-091**<br><br>**Pocono Springs Civic Assoc.**<br>**331 S. Turnpike Road**<br>**Newfoundland, PA 18445** | - | | **Homeowner's Association**<br>**Lot #54 Deerfield Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.39**<br>**Control #: 030843**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez and Mr. Sergio Rodriguez**<br><br>Value $ **7,100.00** | | | | **296.00** | **0.00** |
| Account No. **26-06-016**<br><br>**Pocono Springs Civic Assoc.**<br>**331 S. Turnpike Road**<br>**Newfoundland, PA 18445** | - | | **Homeowner's Association**<br><br>**Lot #41 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 030930**<br><br>Value $ **5,900.00** | | | | **296.00** | **0.00** |
| Account No. **14-08-167**<br><br>**Pocono Springs Civic Assoc.**<br>**331 S. Turnpike Road**<br>**Newfoundland, PA 18445** | - | | **Homeowner's Association**<br>**Lot #8 Stillwater Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.49**<br>**Control #: 016548**<br>**Debtor has 1/2 interest in property. Other owner is Mrs. Daisy N. Rodriguez.**<br><br>Value $ **7,800.00** | | | | **320.00** | **0.00** |
| Account No. **xx1689**<br><br>**Wayne County Tax Claim Bureau**<br>**Wayne County Courthouse**<br>**925 Court Street**<br>**Honesdale, PA 18431** | - | | **9/2010, 12/2013**<br>**Statutory Lien**<br>**Lot #39 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 051689**<br><br>Value $ **5,900.00** | | | | **1,106.00** | **0.00** |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **2,314.00** | **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Orlando Rodriguez Perez**  ,  Case No. **14-65666**
　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx1061**<br><br>**Wayne County Tax Claim Bureau**<br>**Wayne County Courthouse**<br>**925 Court Street**<br>**Honesdale, PA 18431** | - | | **9/2010, 12/2013**<br>**Lot #28 Cherrywood Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 031061**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez and Mr. Sergio Rodriguez**<br>Value $　　　　5,900.00 | | | | **1,106.00** | **0.00** |
| Account No. **xx0843**<br><br>**Wayne County Tax Claim Bureau**<br>**Wayne County Courthouse**<br>**925 Court Street**<br>**Honesdale, PA 18431** | - | | **9/2010, 12/2013**<br>**Statutory Lien**<br>**Lot #54 Deerfield Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.39**<br>**Control #: 030843**<br>**Debtor has 1/3 interest in property. Other owners are Mrs. Daisy Rodriguez**<br>Value $　　　　7,100.00 | | | | **1,210.00** | **0.00** |
| Account No. **xx0930**<br><br>**Wayne County Tax Claim Bureau**<br>**Wayne County Courthouse**<br>**925 Court Street**<br>**Honesdale, PA 18431** | - | | **9/2010, 12/2013**<br>**Statutory Lien**<br>**Lot #41 Maverick Trail, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.292**<br>**Control #: 030930**<br>Value $　　　　5,900.00 | | | | **1,106.00** | **0.00** |
| Account No. **xx6548**<br><br>**Wayne County Tax Claim Bureau**<br>**Wayne County Courthouse**<br>**925 Court Street**<br>**Honesdale, PA 18431** | - | | **9/2010, 12/2013**<br>**Statutory Lien**<br>**Lot #8 Stillwater Drive, Pocono Springs, Wayne County, PA**<br>**Acreage: 0.49**<br>**Control #: 016548**<br>**Debtor has 1/2 interest in property. Other owner is Mrs. Daisy N. Rodriquez.**<br>Value $　　　　7,800.00 | | | | **515.00** | **0.00** |
| Account No.<br><br>Value $ | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)　　　**3,937.00**　　　**0.00**

Total (Report on Summary of Schedules)　　　**17,080.00**　　　**3,903.00**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Orlando Rodriguez Perez**, Debtor

Case No. **14-65666**

Chapter **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 39,230.00 | | |
| B - Personal Property | Yes | 3 | 15,637.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 17,080.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 36,157.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,308.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,633.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | | Total Assets | 54,867.00 | | |
| | | | Total Liabilities | 53,237.00 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Orlando Rodriguez Perez**, Debtor

Case No. **14-65666**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 12) | 3,308.00 |
| Average Expenses (from Schedule J, Line 22) | 2,633.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,263.49 |

**State the following:**

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,903.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 36,157.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 40,060.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Orlando Rodriguez Perez**                                                    Case No.  **14-65666**
                                            Debtor(s)                                 Chapter    **13**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of **the Amendment to Schedules A and D** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Orlando Rodriguez Perez
P.O. Box 3807
Suwanee, GA 30024

James P. Blum, Jr.
Beloin, Brown, Blum & Baer, LLC
Suite 200, 2550 Heritage Court
Atlanta, GA 30339

Monroe County Tax Claim Bureau
Melinda S. Knitter
Room 104, 1 Quaker Plaza
Stroudsburg, PA 18360

Adam M. Goodman, 13 Trustee
Suite 200, 260 Peachtree Street
Atlanta, GA 30303

Box Elder County Tax Comm.
01 S Main
Brigham City, UT 84302

 **Dated this the 28th day of October, 2014**

                                            /s/ Nicole Carson
                                            **Nicole Carson 722305**
                                            **The Carson Firm, LLC**
                                            **1755 The Exchange SE**
                                            **Suite 310**
                                            **Atlanta, GA 30339**
                                            **404-782-2347Fax:678-288-7866**
                                            **carson.bankruptcy@gmail.com**