UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ORLANDO RODRIGUEZ PEREZ,** | ) | CASE NO. 14-65666- MHM |
| | ) | |
| DEBTOR. | ) | JUDGE MURPHY |

**VOLUNTARY DISMISSAL UNDER SECTION 1307(b)**

Comes Now, Orlando Rodriguez Perez, Debtor, by and through Debtor's attorney, Nicole K. Carson and state as follows:

1.

Under Section 1307(b) of the Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, the Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, move this Honorable Court to enter an order dismissing this case and closing the estate as soon as practicable.

Novermber 3, 2014
Dated

Respectfully Submitted,

**THE CARSON FIRM, LLC**

Nicole K. Carson, Attorney for Debtor
Georgia Bar No.:722305

1755 The Exchange SE, Suite 310
Atlanta, Georgia 30339
404.782.2347 Telephone
carson.bankruptcy@gmail.com

I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case. I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances.

November 3, 2014
Dated

Orlando Rodriguez Perez, Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | | |
|---|---|---|
| **ORLANDO RODRIGUEZ PEREZ,** | ) | CHAPTER 13 |
| | ) | CASE NO. 14-65666- MHM |
| DEBTOR. | ) | JUDGE MURPHY |

## CERTIFICATE OF SERVICE

I, Nicole Carson, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Orlando Rodriguez Perez
PO Box 3807
Suwanee, GA 30024

Adam M. Goodman, Chapter 13 Trustee
260 Peachtree St NE
Suite 200
Atlanta, GA 30303

Dated: November 3, 2014

Respectfully Submitted,

**THE CARSON FIRM, LLC**

Nicole K. Carson, Attorney for Debtor
Georgia bar No.:722305

1755 The Exchange SE
Suite 310
Atlanta, Georgia 30339
404.782.2347 Telephone
carson.bankruptcy@gmail.com